ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 MAY 22 AM 11:30

[signature]
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| AMILCAR DELACRUZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 305-045 |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Respondent. | ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner has filed an action under 28 U.S.C. § 2241 contesting the execution of his sentence of confinement. However, despite prompting from the Clerk and a warning from this Court, Petitioner has neither filed a motion to proceed *in forma pauperis* nor paid the $5.00 filing fee.

The test for determining the appropriateness of dismissal is whether there is "a clear record of delay or willful contempt and a finding that lesser sanctions would not suffice," Goforth v. Owens, 766 F.2d 1533, 1535 (11th Cir. 1985). On April 25, 2005, the Court granted Petitioner an additional twenty (20) days to pay the filing fee or file a motion to proceed *in forma pauperis*. (Doc. no. 2). Petitioner has not responded.

Petitioner was warned that his failure to comply in a timely fashion with the Court's Order would result in a recommendation that his case be dismissed. The time to respond has passed, and Petitioner has not submitted the motion or filing fee required by the Court's April 25, 2005 Order or the Clerk's March 2, 2005 Deficiency Notice. Nor has he provided

the Court with any explanation as to why he has not complied. Indeed, Petitioner's service copy of the Court's April 25th Order was returned as "refused." Because Petitioner has not paid the filing fee, submitted a motion to proceed *in forma pauperis*, or even informed the Court of an apparent change of address, the Court finds that the imposition of monetary sanctions is not a feasible sanction. Therefore, pursuant to Loc. R. 41.1(b) & (c), the Court **REPORTS** and **RECOMMENDS** that this case be **DISMISSED**, without prejudice.

SO REPORTED and RECOMMENDED this 22 day of June, 2005, at Augusta, Georgia.

_____
W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Amilcar Delacruz, Pro-se

CASE NO:            CV305-045

DATE SERVED:   June 22, 2005

SERVED BY:       Cindy Reynolds

☐ Copy placed in Minutes
☐ Copy given to Judge
☑ Copy given to Magistrate