ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 JUL 13 AM 9: 28

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| AMILCAR DELACRUZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 305-045 |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, without prejudice.

SO ORDERED this 13th day of July, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Alilcar Delacruz, Pro-se

CASE NO: CV305-045

DATE SERVED: July 13, 2005

SERVED BY: Cindy Reynolds CR

- [ ] Copy placed in Minutes
- [x] Copy given to Judge
- [x] Copy given to Magistrate